# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHNNIE C. CAMPBELL,
Appellant,
vs.
TRINA RENEE OFFUTT-OSBORNE,
Respondent.

No. 79435

**FILED**

SEP 0 4 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order establishing child support and directing appellant to pay the support directly to the appointed therapist for reunification. Eighth Judicial District Court, Family Court Division, Clark County; Rebecca Burton, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from an order solely establishing child support. Moreover, the other directives in the order do not appear to be appealable: the designation of a specific therapist, that appellant shall file an updated financial disclosure form, that appellant shall apply for the child's derivative social security disability benefits, setting a status check, and setting a non-jury trial for September 12, 2019.

The order cannot be construed as a special order after final judgment because no final judgment has yet been entered. *Lee v. GNLV Corp.*, 116 Nev. 424, 996 P.2d 416 (2000) (a final judgment is one that resolves all claims and issues against all parties to an action and leaves

SUPREME COURT
OF
NEVADA

(0) 1947A

19-36992

nothing to the district court's consideration except postjudgment issues such as attorney fees and costs). Accordingly, this court lacks jurisdiction over this appeal, and therefore

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Rebecca Burton, District Judge, Family Court Division
Johnnie C. Campbell
Hofland & Tomsheck
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A